

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-17-00718-CV

**IN THE ESTATE OF AMINTA PEREZ-MUZZA,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007-PB-7000089-L2
The Honorable Victor Villarreal, Judge Presiding

# O R D E R

Appellee's motion to dismiss for want of jurisdiction is DENIED.

It is so ORDERED on this 13th day of April, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

